1

2

3

4

5

# UNITED STATES DISTRICT COURT
6
# CENTRAL DISTRICT OF CALIFORNIA

7

Case No. 2:17-CV-02459 (VEB)
8

KORETI TOLOAI,
9

Plaintiff,     JUDGMENT
10

vs.
11

NANCY BERRYHILL, Acting
12  Commissioner of Social Security,

13                  Defendant.

14

15    For the reasons set forth in the accompanying Decision and Order, it is hereby

DECREED THAT (1) Plaintiff's request for an order remanding this case for further
16

proceedings is GRANTED and the Commissioner's decision is REVERSED; (2) the
17

Commissioner's request for an order affirming the Commissioner's final decision
18

and dismissing the action is DENIED; (3) judgment is entered in Plaintiff's favor
19

20

1

1  and this case is REMANDED for further proceedings consistent with the Decision

2  and Order; and (4) this case is CLOSED without prejudice to a timely application for

3  attorneys' fees and costs.

4      DATED this 14th day of May, 2018,

5                  /s/Victor E. Bianchini
                VICTOR E. BIANCHINI

6              UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

JUDGMENT – TOLOAI v BERRYHILL 2:15-CV-08726-VEB